UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ALONSO ESCOBAR CHACON,**
**JOSE HERNAN CHACON,**
**RONALD ARON CHACON MEJIA,**
**JASSON ANTONIO RUIZ,**
**CARLOS CHACON MEJIA,** and
**GERVIN CHACON MEJIA,**

    Plaintiffs,

v.                                                              2:24-cv-415-JLB-NPM

**SW FLORIDA SERVICES, INC.,**
and **VITTORIO BONANNO,**

    Defendants.

---

## ORDER

In this FLSA action for unpaid wages, plaintiffs attempted to serve defendants Vittorio Bonanno and SW Florida Services, Inc.[1] but were unsuccessful. (Docs. 7-8). Thereafter, plaintiffs endeavored to serve defendants again—even conducting a skip trace—but their efforts still fell short. (Docs. 9-10). So plaintiffs seek sixty additional days to serve Bonanno and SW Florida Services, Inc., and request leave to conduct pre-service discovery. (Doc. 11).

Plaintiffs' motion is (Doc. 11) is **granted**. Plaintiffs have sixty days from the date of this order to effect service of process upon defendants or obtain waivers.

---

[1] Bonanno is the registered agent for SW Florida Services, Inc. (Doc. 11 at 2).

- 2 -

Plaintiffs are reminded that if service cannot be made upon SW Florida Services, Inc.'s registered agent, process may be served upon the Secretary of State. *See* Fla. Stat. § 48.081(4). If Bonanno refuses to waive and continues to evade service, then the court may have to tax him for ***all*** expenses incurred by plaintiffs in their effort to effect service. Plaintiffs' counsel is **directed** to send a copy of this order to Bonanno via text message, email, and any other address. Finally, plaintiffs are granted leave to conduct pre-service discovery, such as non-party subpoenas to Bonanno's cellphone carrier, to identify Bonanno's whereabouts.

**ORDERED** on July 25, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge