UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALONSO ESCOBAR CHACON, JOSE
HERNAN CHACON, RONALD ARON
CHACON MEJIA, JASSON ANTONIO
RUIZ, CARLOS CHACON MEJIA and
GERVIN CHACON MEJIA,

    Plaintiffs,

v.   Case No: 2:24-cv-415-JLB-NPM

SW FLORIDA SERVICES, INC. and
VITTORIO BONANNO,

    Defendants.
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **SW FLORIDA SERVICES, INC.** in Fort Myers, Florida on the 3rd day of October, 2024.

                                                ELIZABETH M. WARREN, CLERK

                                                s/K. E., Deputy Clerk

Copies furnished to:

Counsel of Record